UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE VANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:16-CV-00008-WTL-TAB |
| | ) |
| FAYETTE JANITORIAL SERVICE, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Comes now, Michelle Vann, Plaintiff, by counsel, and dismisses this action pursuant to Fed R Civ P. 41. As Defendant has not served an Answer, Motion for Summary Judgment or any other responsive pleading, Plaintiff now seeks to dismiss the claims in her complaint with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

BIESECKER & DUTKANYCH

By: s/Andrew Dutkanych III
Andrew Dutkanych III, Attorney No. 23551-49
411 Main Street
Evansville, IN 47708
Telephone: (812) 424-1000
Facsimile: (812) 424-1005
Email: ad@bdlegal.com
Attorneys for Plaintiff, Michelle Vann

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2016, a copy of the foregoing Notice of Voluntary Dismissal was filed electronically. Parties may access this filing through the Court's system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

*Counsel for the Defendant:*

Gary Veazey, gveazey@jglawfirm.com

      /s/ Andrew Dutkanych III
Andrew Dutkanych III